FILED: March 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2378
(1:14-cv-00352-LO-IDD)
_____

PROVIDENCE HALL ASSOCIATES LIMITED PARTNERSHIP

    Plaintiff - Appellant

v.

WELLS FARGO BANK, N.A., successor in interest to Wachovia Bank, N.A.

    Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK